FILED
JAMES J. WALDRON, CLERK

AUG 27 2014

U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE: : CHAPTER 7

HOVIE E. FORMAN, :
CASE NO. 07-27514(RG)
:
Debtor. : Hearing Date: September 16, 2014
at 11:00AM
:

CATHERINE E. YOUNGMAN,
Chapter 7 Trustee, : Adv. No. 08-1082(RG)

Plaintiff(s), :

vs. :

JERRY FORMAN, ELIZABETH
FORMAN, AARON D. FORMAN, et al, :

Defendant(s). :

**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS AGAINST MR. AARON FORMAN**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

_/s/ Rosemary Gambardella_
8-27-14   USBJ

This matter having come before the Court on a Motion filed by Aaron Forman on June 12, 2014 to Vacate this Court's June 12, 2013 Order Denying Aaron Forman's Motion to Remove Catherine Youngman as Chapter 7 Trustee, and Other Relief, and a hearing having been held on August 27, 2014, movant Aaron Forman, *pro se*, Deirdre Burke, Esq., attorney for the Chapter 7 Trustee Catherine E. Youngman, Michael O'Donnell, Esq., attorney for Amboy Bank and Vincent D'Elia, Esq., attorney for Jerry and Elizabeth Forman having appeared in this Court on August 27, 2014, and Jaimee Katz-Sussner, Esq., attorney for Chicago Title Insurance Company having filed responsive pleadings, and the Court having found at the hearing on August 27, 2014 that the Motion filed by Aaron Forman on June 12, 2014 is unreasonable, vexatious and frivolous, and for good cause shown;

IT IS HEREBY ORDERED that Mr. Aaron Forman shall appear before this Court on **September 16, 2014 at 11:00AM** to show cause why the Court should not impose monetary sanctions, including attorney fees and costs of the respective attorneys above against Aaron Forman for Aaron Forman's violation of this Court's Order of December 20, 2010 Denying Aaron Forman's Request to Vacate Sale and Enjoining Aaron Forman from Future Filings Challenging Sale of Property Commonly Known as 116 Bloomfield Street, Hoboken, NJ and this Court's Order of November 10, 2011 Denying Aaron Forman's Motion for Removal of Chapter 7 Trustee and Enjoining Aaron D. Forman from Filing any Future Motions, Applications, or Requests Without First Obtaining Leave from the Court, and pursuant to this Court's inherent

authority to award sanctions in order to control its own docket and redress vexatious litigation. See *Genesis Health Ventures, Inc.*, 362 B.R. 657 (D. Del. 2007) and *Fellheimer, Eichen & Braverman, P.C. v. Charter Technologies, Inc.*, 57 F.3d 1215, 1224-25 (3d Cir. 1995).

**THE APPEARANCE OF AARON FORMAN IS REQUIRED**

Objections to the relief shall be filed and served by **September 9, 2014.**

## CERTIFICATE OF SERVICE

Copies of this Order to Show Cause were mailed to the following parties on this_____

day of August, 2014.

Aaron D. Forman
76 Bloomfield Street
Hoboken, NJ 07030

Deirdre Burke, Esq.
Attorney(s) for the Chapter 7 Trustee Catherine E. Youngman,
Forman Holt Eliades & Youngman LLC
80 Route 4 East
Suite 290
Paramus, NJ 07652

Michael O'Donnell, Esq.,
Attorney(s) for Amboy Bank
Riker Danzig Scherer Hyland & Perretti
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962

Vincent D'Elia, Esq.,
Attorney for Jerry and Elizabeth Forman
574 Newark Ave
Jersey City, NJ 07306

Jaimee Katz-Sussner, Esq.,
Attorney(s) for Chicago Title Insurance Company
Herrick, Feinstein LLP
One Gateway Center
Newark, New Jersey 07102

                                      James J. Waldron
                                      Clerk

                    BY:  _____
                             Deputy Clerk