FILED
JAMES J. WALDRON, CLERK
SEP 08 2014
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT ELIADES
& YOUNGMAN LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652
(201) 845-1000
Attorneys for Catherine E. Youngman (CEY 7596)
Chapter 7 Trustee/Plaintiff

In re:

HOVIE E. FORMAN,

Debtor.

CATHERINE E. YOUNGMAN, Chapter 7 Trustee,

Plaintiff,

v.

JERRY FORMAN, et al.,

Defendants.

Case No.: 07-27514 (RG)

Judge: Hon. Rosemary Gambardella

Chapter: 7

Adv. Pro. No. 08-01082 (RG)

### ORDER DENYING AARON FORMAN'S MOTION TO VACATE THE JUNE 12, 2013 ORDER DENYING MOTION TO REMOVE CATHERINE YOUNGMAN AS CHAPTER 7 TRUSTEE

The relief set forth on the following page, numbered two (2) through (3), is hereby **ORDERED**.

9-8-14    /s/ Rosemary Gambardella
USBJ

00388405 - 1

(Page 2)
Debtor:         Hovie E. Forman
Case No:        07-27514 (RG)
Adv. Pro. No:   08-1082 (RG)
Caption:        Order Denying Aaron Forman's Motion to Vacate the June 12, 2013 Order Denying Motion to Remove Catherine Youngman as Chapter 7 Trustee

**THIS MATTER** having been opened to the Court by Aaron D. Forman upon a motion to vacate the Court's Order dated June 12, 2013 (the "June 12, 2013 Order") denying Aaron D. Forman's motion for the entry of an order granting the following relief: (1) vacate the Order entered June 12, 2013; (2) the removal of Catherine Youngman as Chapter 7 Trustee; (3) for a hearing on the appropriateness, legality and truthfulness of the actions of Catherine Youngman in connection with the § 363 sale of the property located at 116 Bloomfield St.; (4) an order voiding the § 363 sale of the 116 Bloomfield property; (5) granting discovery pursuant to D.N.J. 7026-1-31.1 and inspection of all of the estate's documents and correspondence, including emails of Catherine Youngman; (6) an order directing the Trustee to produce all materials she relied on in her investigation of both Adversary Complaint and Sale Motions under Discovery D.N.J. 7026-1-31; (7) a thorough review of the Trustee's communications between David Penque, First Jersey Title, LT Title Company, ECH Development Group LLC, Joseph Scanlon, Esq., 1st Constitution Bank, New Jersey Title/Heritage Abstract, Steven Wallace, New Jersey Title, Weichert Realtors/Aurelio Romero, Thomas Halm, Esq./Amboy Bank including all correspondence, print form or email pursuant to Discovery D.N.J. 7026-1-31.1; (8) a claw back of 116 Bloomfield Street; and (9) referring this matter to the United States Attorney General's Office; and Aaron D. Forman having appealed the June 13, 2014 Order to the United States District Court for the District of New Jersey (the "District Court") by notice of appeal filed on June 24, 2013, and the District Court having dismissed the appeal due to Aaron D. Forman's lack of standing by opinion and order entered on June 17, 2014; and this Court having considered the submissions made by

(Page 3)
Debtor:      Hovie E. Forman
Case No:     07-27514 (RG)
Adv. Pro. No: 08-1082 (RG)
Caption:     Order Denying Aaron Forman's Motion to Vacate the June 12, 2013 Order Denying Motion to Remove Catherine Youngman as Chapter 7 Trustee

the parties and arguments at hearing held on August 27, 2014; and for the reasons set forth on the record on August 27, 2014; and for good cause show, it is hereby

**ORDERED** that Aaron D. Forman's motion to vacate the June 12, 2013 Order denying his motion to remove Catherine Youngman as chapter 7 trustee, including each individual request for relief therein as enumerated above, is denied in its entirety.