| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT ELIADES<br>& YOUNGMAN LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ  07652<br>(201) 845-1000<br>Attorneys for Catherine E. Youngman (CEY 7596)<br>Chapter 7 Trustee/Plaintiff | |
| In Re:<br><br>HOVIE E. FORMAN,<br><br>Debtor. | Case No.:  07-27514 (RG)<br><br>Adv. Proc. No.  08-1082(RG)<br><br>Judge: Hon. Rosemary Gambardella<br><br>Chapter: 7 |

**CHAPTER 7 TRUSTEE'S CERTIFICATION OF ATTORNEYS' FEES ACCRUED IN CONNECTION WITH RESPONDING TO AARON FORMAN'S MOTION TO VACATE <u>ORDER OF JUNE 13, 2013</u>**

Catherine E. Youngman, of full age, hereby certifies and states that:

1.  I am the chapter 7 trustee for Hovie E. Forman (the "Debtor"), and submit this certification setting forth the fees that my attorneys, Forman Holt Eliades & Youngman, LLC ("FHEY"), accrued in connection with responding to Aaron Forman's motion to vacate the Court's order of June 13, 2013 (the "Motion to Vacate"), in accordance with the Court's rulings at the hearing on September 16, 2014 on the order to show cause why the Court should not impose sanctions against Aaron Forman.

2.  Attached as Exhibit A is an itemized bill of services for work performed by FHEY in connection with responding to the Motion to Vacate. As set forth in Exhibit A, the fees total $4,294.50.  The work performed included reviewing the Motion to Vacate, preparing a

00393962 - 1

response, including related research, preparation for oral argument, and appearance at the hearing on August 27, 2014.

  3. It is respectfully requested that the Court enter an order imposing sanctions against Aaron Forman and in favor of the estate in the amount set forth above.

  I certify that the foregoing statements made by me are true and I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

By: */s/Catherine E. Youngman*
   Catherine E. Youngman

Date: September 22, 2014